

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00487-CV

Mary Alice **SAIZ**,
Appellant

v.

**SUSSER HOLDINGS CORPORATION AND STRIPES LLC,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2012-02-28,530-CV
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

Appellant Mary Alice Saiz attempts to appeal from an order confirming an arbitration award and dismissing her claims with prejudice. The challenged order, which appears to be a final judgment, was signed on February 24, 2014. The clerk's record contains a motion for new trial and a notice of appeal.

Under Texas Rule of Civil Procedure 329b(a), the motion for new trial was due on March 26, 2014. The clerk's record, however, shows that appellant filed a motion for new trial on April 10, 2014, which was more than thirty days after the judgment was signed. Absent a timely filed motion for new trial, the notice of appeal was due within thirty days from the date the judgment was signed. *See* TEX. R. APP. P. 26.1. Because appellant did not file her notice of appeal until May 23, 2014, the notice of appeal was untimely.

Our jurisdiction is invoked by the timely filing of a notice of appeal. *See* TEX. R. APP. P. 25.1(b); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.). Thus, without a timely notice of appeal, this court has no jurisdiction over this appeal.

We, therefore, order appellant to show cause in writing by **August 11, 2014,** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2014.



Keith E. Hottle
Clerk of Court